FRANK J. STAVA AND WINDEN, INC., A NEBRASKA CORPORATION, APPELLANTS, V. LOUIS F. STAVA ET AL., APPELLEES.

450 N.W.2d 199

Filed January 12, 1990.   No. 87-1130.

Louis Michael Thrasher for appellants.

Robert E. Sullivan, of Haessler & Sullivan, for appellees.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

Having considered the record, briefs, and recommendation of the Appellate Division of the District Court, we reverse the judgment of the district court because of a clearly erroneous finding of fact and remand the cause for a new trial.

REVERSED AND REMANDED FOR A NEW TRIAL.